IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00685-AP

JOHN MICHAEL GALLOWAY,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

For Plaintiff:

WILLIAM T. DAWSON
William T. Dawson, L.L.C.
2546 15th Street
Denver, CO 80211
Telephone: (303) 455-0400
Facsimile: (303) 433-4231
williamtdawson@gmail.com

For Defendant:

JOHN F. WALSH
United States Attorney
District of Colorado

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office

WILLIAM G. PHARO
Assistant United States Attorney

ALEXESS D. REA
Special Assistant United States Attorney
1001 17th Street
Denver, CO 80202
Telephone: (303) 844-7101
Facsimile: (303)454-0770
alexess.rea@ssa.gov

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** March 18, 2011
**B. Date Complaint Was Served on U.S. Attorney's Office:** March 24, 2011
**C. Date Answer and Administrative Record Were Filed:** May 23, 2011 (Answer) and May 24, 2011 (Administrative Record)

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

At this time, the Administrative Record appears to be complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not anticipate submitting additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties do not foresee offering any unusual claims or defenses in this case.

## 7. OTHER MATTERS

The parties are not aware of any other matters at this time.

## 8. BRIEFING SCHEDULE

Counsel for both parties agree to the following proposed briefing schedule:

**A. Plaintiff's Opening Brief Due:** July 25, 2011
**B. Defendant's Response Brief Due:** August 24, 2011
**C. Plaintiffs Reply Brief (If Any) Due:** September 8, 2011

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiff's Statement:**
Plaintiff requests oral argument.

**B. Defendant's Statement:**
Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

A.  ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.
B.  (**X**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

The parties filing motions for extension of time or continuances must comply with D.C.Colo.LCivR. 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorneys of record, and all *pro se* parties.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 13th day of June, 2011.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| For Plaintiff: | For Defendant: |
|---|---|
| | JOHN F. WALSH |
| s/ *William T. Dawson* | United States Attorney |
| WILLIAM T. DAWSON | District of Colorado |
| William T. Dawson, L.L.C. | |
| 2546 15th Street | KEVIN TRASKOS |
| Denver, CO 80211 | Deputy Chief, Civil Division |
| Telephone: (303) 455-0400 | United States Attorney's Office |
| Facsimile: (303) 433-4231 | |
| williamtdawson@gmail.com | WILLIAM G. PHARO |
| | Assistant United States Attorney |
| Attorney for Plaintiff | |
| | s/ *Alexess D. Rea* |
| | ALEXESS D. REA |
| | Special Assistant United States Attorney |
| | 1001 17th Street |
| | Denver, CO 80202 |
| | Telephone: (303) 844-7101 |
| | Facsimile: (303) 454-0770 |
| | alexess.rea@ssa.gov |
| | |
| | Attorneys for Defendant |